Cir. Certiorari denied. *Robert Markewich* and *Herbert Monte Levy* for petitioner. *Acting Solicitor General Stern, Beatrice Rosenberg* and *Carl H. Imlay* for respondent.

No. 724. ESTEP ET UX. *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *James D. Lynch* for petitioners.

No. 727. ATWOOD ET AL. *v.* HUMBLE OIL & REFINING Co. ET AL. Supreme Court of Texas. Certiorari denied. *William C. Wines* and *Horace A. Young* for petitioners. *R. E. Seagler, Felix A. Raymer* and *Rex G. Baker* for respondents.

No. 729. WILLIAMSON ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *John C. Bruton* and *H. Hayne Crum* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *Helen Goodner* for respondent.

No. 735. ROMINE, ADMINISTRATOR, *v.* SOUTHERN PACIFIC Co. Supreme Court of Arizona. Certiorari denied. *Gerald Jones* and *Fred W. Fickett* for petitioner. *Harold C. Warnock* for respondent.

No. 463, Misc. UNITED STATES EX REL. MILLS *v.* DILWORTH, DISTRICT ATTORNEY, ET AL. C. A. 3d Cir. and the United States District Court for the Eastern District of Pennsylvania. Certiorari denied. *David Levinson* and *Ralph E. Powe* for petitioner. *Richardson Dilworth, pro se,* respondent.